**EXHIBIT G**

**Krohn & Moss, Ltd**
5055 WILSHIRE BLVD.
SUITE 300
LOS ANGELES, CA 90036
USA

Voice: (323) 988-2400
Fax: (866) 431-5575

# INVOICE

Invoice Number: 25683
Invoice Date: Nov 16, 2010
Page: 1

| Bill To: |
| --- |
| TOM FLEGAL |

| Ship to: |
| --- |
| TOM FLEGAL |

| Customer ID | Customer PO | Payment Terms |
| --- | --- | --- |
| NY1141F10PM | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| --- | --- | --- | --- |
| | Airborne | | 11/16/10 |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| | FIL1 | FILING FEES | | 350.00 |
| | COP | COPIES | | 11.61 |

| | |
| --- | --- |
| Subtotal | 361.61 |
| Sales Tax | |
| Total Invoice Amount | 361.61 |
| Payment/Credit Applied | |
| **TOTAL** | **361.61** |

Check/Credit Memo No: